<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARYL ROBERTS,<br><br>                Plaintiff,<br><br>     v.<br><br>ALARIS HEALTH AT HAMILTON PARK, ALARIS HEALTH, LLC, and JOHN DOES 1-10,<br><br>                Defendants. | **Civil Action No. 22-2298 (JXN) (AME)**<br><br>**ORDER** |

<u>**NEALS**</u>, District Judge:

       This matter comes before the Court on Plaintiff's motion for sanctions [ECF No. 23] and Plaintiff's and Defendants' objections to Magistrate Judge Andre M. Espinosa's Report and Recommendation regarding Plaintiff's motion to remand [ECF Nos. 21, 22]. The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion,

       **IT IS** on this 20th day of June 2023,

       **ORDERED** that this Court adopts Magistrate Judge Espinosa's Report and Recommendation [ECF No. 20], and thus grants Plaintiff's motion to remand [ECF No. 8] and denies Plaintiff's motion for sanctions [ECF No. 23]; and it is further

       **ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey, Hudson County for the lack of subject matter jurisdiction; and it is further

       **ORDERED** that the Clerk of Court shall **CLOSE** this matter.

       **SO ORDERED.**

s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
**United States District Judge**

2